# IN THE SUPREME COURT OF THE STATE OF NEVADA

NELSON TORRES-ARCIGA,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 77937

**FILED**

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
         DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court "order denying petition for writ of habeas corpus and order re motion to amend petition/motion for appointment of new counsel." Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

On December 18, 2018, the district court entered an order denying appellant's postconviction petition for a writ of habeas corpus. The December 18, 2018, order is not a final decision because the district court granted appellant's motion to file an amended petition. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
    Hardesty

_____, J.
Stiglich

_____, J.
    Silver

19-06782

cc: Hon. Lynne K. Simons, District Judge
Nelson Torres-Arciga
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A